UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>*Defendant*. | Civil Action No. 21-1305 (JEB) |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's October 12, 2021, Minute Order, respectfully submit the following joint status report:

1. Plaintiff instituted this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, asking the Court to compel Defendant to produce "records to CFS in response to the requests for records submitted on October 27, 2020 and October 30, 2020." *See* Compl. (ECF No. 1) ¶ 1.

2. Plaintiff filed this action on May 11, 2021.  ECF No. 1.  Defendant answered the complaint on June 23, 2021.  ECF No. 7.

3. Defendant produced the requested records to Plaintiff and Plaintiff has completed its review of those records and is satisfied with the U.S. Army Corps of Engineers' production in this case.

4. The only issue that remains is Plaintiff's request for attorney's fees and costs.  The parties respectfully propose that they file a further joint status report on or before February 4, 2021, so that the parties have an opportunity to address whether they can resolve that issue without judicial intervention before informing the Court if further proceedings will be necessary.

Dated: December 9, 2021
Washington, DC

Respectfully submitted,

*/s/ George A. Kimbrell*
GEORGE A. KIMBRELL (WA 36050)
Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, Oregon 97211
(971) 271-7372
Email: gkimbrell@centerforfoodsafety.org

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

VICTORIA A. YUNDT (*Pro Hac Vice* Pending)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Email: tyundt@centerforfoodsafety.org

By: */s/ Jessica B. Colsia*
JESSICA B. COLSIA, GA Bar # 543222
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2574
jessica.colsia@usdoj.gov

*Attorneys for the United States of America*

*Counsel for Plaintiff*